UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK ZEPEDA ANDRES,<br><br>         Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security, et al.,<br><br>         Respondents. | Case No.: 25cv3677-LL-MSB<br><br>**ORDER GRANTING PETITIONER'S HABEAS PETITION**<br><br>[ECF No. 1] |

  This case comes before the Court on Petitioner's 28 U.S.C. § 2241 Petition. ECF No. 1. On December 30, 2025, Respondents filed a Return in which they "acknowledge that Petitioner is detained under 8 U.S.C. § 1226(a) and [is] entitled to an order from this court directing a bond hearing to be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 4.

  Respondents' Return is filed in light of the new authority in *Maldonado Bautista v. Santacruz*, Case No. 5:25-cv-01873-SSS-BFM, granting in part and denying in part the petitioners' ex parte application for reconsideration or clarification. In the order, the court granted the petitioners' request for entry of final judgment pursuant to Federal Rule of Civil Procedure 54(b), and subsequently entered that judgment. *Maldonado Bautista*, ECF No.

94. In light of the entry of judgment, Respondents acknowledge Petitioner is entitled to a bond hearing pursuant to 8 U.S.C. § 1226(a).

Accordingly, the Court grants Petitioner's Petition for a bond hearing. All pending deadlines and hearings before this Court are vacated. Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration court within **fourteen (14) days** of this Order.

**IT IS SO ORDERED.**

Dated: January 7, 2026

_____
Honorable Linda Lopez
United States District Judge